# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DEBORAH LAUFER, <br><br> Plaintiff, <br><br> v. <br><br> PRAMUKH BHAVAN INC., <br><br> Defendant. | Case No.: 1:20-cv-04586-WMR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on June 1, 2021.

| | |
|---|---|
| */s/ Tristan W. Gillespie* <br> Tristan W. Gillespie <br><br> THOMAS B. BACON, P.A. <br> 5150 Cottage Farm Rd. <br> Johns Creek, GA 30022 <br> Gillespie.tristan@gmail.com <br> 404-276-7277 <br><br> ATTORNEYS FOR PLAINTIFF | */s/ Michael Austin Moretz* <br> Michael Austin Moretz <br><br> Galloway, Johnson, Thompk <br> 118 East Garden Street <br> Pensacola, FL 32502 <br> 850-436-7000 <br> TMLGAService@gallowaylawfirm.com <br><br> ATTORNEYS FOR DEFENDANT |